**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH RAMIREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>        Defendants. | Case No. 5:24-cv-00402-JGB-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE ON MOTION FOR PROTECTION ORDER** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Motion for Protection Order, other records on file, and the Report and Recommendation of United States Magistrate Judge on Motion for Protection Order. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that plaintiff's Motion for Protection Order (docket nos. 28, 39) is denied.

Dated: September 23, 2025

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE